# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

           Respondent

          v.

MENA SAMIR DOUS,

           Petitioner

:  No. 45 MM 2019

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.